UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:  08 - 22680-CIV- MORENO
United States Magistrate Judge Torres

NELVIS VELAZQUEZ, M.D.,

      Plaintiff,

vs.

PROVIDENT LIFE AND ACCIDENT
INSURANCE COMPANY and UNUM
GROUP,

      Defendants.
_____ /

**REMOVAL STATUS REPORT**

      The Defendants, Provident Life and Accident Insurance Company (Provident Life) and Unum Group (Unum), through their counsel, submit this Removal Status Report in accordance with this Court's Order of September 30, 2008, and state as follows:

      1.    **Nature of the Claim**:  This is a claim for total disability benefits alleged to be due under an individual disability insurance policy issued by Provident Life to the Plaintiff.  The Plaintiff claims she is totally disabled and eligible for benefits under the policy as of April, 2007 due to medical conditions suffered in January 2007.  Provident Life contends that Plaintiff failed to submit proof of loss demonstrating that she is eligible for total disability benefits under the policy and failed to cooperate in the evaluation of her claim by refusing to attend a medical examination provided for under the policy.   In Count I, Plaintiff claims damages in the amount of monthly policy benefits alleged to be due and owing from April, 2007 together with waiver of premium benefits, interest and attorneys fees.  Plaintiff's damage claim without interest or fees amounts to $107,500.00.  See Notice of Removal, Paragraph 7.  Count II purports to state a claim for breach of the covenant of good faith

1
CARLTON FIELDS, P.A.
4000 International Place - 100 Southeast Second Street - Miami - Florida  33131-9101 - 305.530.0050

14049806.1

and fair dealing and Count III purports to state a claim under RICO against Provident Life and its corporate parent, Unum. No counterclaims, cross-claims or third-party claims are pending at this time.

2. **Grounds for Removal**: This action was removed to Federal Court on federal question jurisdiction based on the Plaintiff's purported claim under RICO as well as diversity jurisdiction pursuant to 28 U.S.C. §1332. See Notice of Removal, Paragraphs 2 and 3. The parties to this action are the Plaintiff, Nelvis Velazquez, M.D., a citizen of the State of Florida, and the Defendants, Provident Life, a citizen of the State of Tennessee and Unum, a citizen of the states of Delaware and Tennessee. See Notice of Removal, Paragraphs 4, 5 and 6.

3. **Pending Motions:** Defendants' Agreed Motion to extend time to respond to Count III of the Amended Complaint.

4. **Statement by each Defendant regarding joinder/consent to the Notice of Removal**: Provident Life and Unum jointly submitted the Notice of Removal.

5. **Timeliness of Removal**: Defendants removed this action within 30 days after service of a copy of the pleadings setting forth the Plaintiff's claim for relief. All relevant state court pleadings have already been filed with this Court. See Notice of Removal, Paragraph 1.

Respectfully submitted,

s/Mark D. Greenberg
MARK D. GREENBERG, ESQ.
Florida Bar No: 283959
CARLTON FIELDS, P.A.
Attorneys for Defendant
Bank of America Tower, Suite 4000
Miami, Florida 33131
Telephone No: (305) 530-0050
Facsimile No: (305) 530-0055
mgreenberg@carltonfields.com

CASE NO: 08 - 22680-CIV- MORENO

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this 6th day of October, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner of those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Mark D. Greenberg

## SERVICE LIST

| | |
|---|---|
| Richard D. Tobin, Esq. | Mark D. Greenberg, Esq. |
| Florida Bar No: 796239 | Florida Bar No: 283959 |
| 2929 East Commercial Blvd. | Carlton Fields, P.A. |
| Suite 702 | 4000 International Place |
| Fort Lauderdale, Florida 33308 | 100 S.E. Second Street |
| Telephone No: (954) 849-7531 | Miami, Florida 33131-2114 |
| Facsimile No: (954) 861-2932 | Telephone No: (305) 530-0050 |
| rtobin@bellsouth.net | Facsimile No: (305) 530-0055 |
| Lead Counsel for Plaintiff | mgreenberg@carltonfields.com |
| Served via CM/ECF | Lead Counsel for Defendant |
| | Filing Party |