UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-22680-CIV-MORENO
United States Magistrate Judge Torres

NELVIS VELAZQUEZ, M.D.,

    Plaintiff,

vs.

PROVIDENT LIFE AND ACCIDENT
INSURANCE COMPANY AND UNUM
GROUP,

    Defendants.
_____/

**PLAINTIFF'S RULE 26 DISCLOSURES**

    Plaintiff, Nelvis Velazquez, M.D., through undersigned counsel and pursuant to Rule 26 of the federal Rules of Civil Procedure, hereby submits her Rule 26 Disclosure as follows:

**I. WITNESSES**

1. Nelvis Velazquez, M.D.
   c/o Michael M. Tobin

2. Lawrence T. Reese, M.D.
   21110 Biscayne Boulevard
   Aventura, FL 33180

3. Raananah S. Katz, M.D.
   1776 North Pine Island Road
   Suite 214
   Plantation, FL 33322

4. Eduardo C. Alfonso, M.D.
   Bascom Palmer Eye Institute
   900 NW 17th Street
   Miami, FL 33136

5.      Records Custodian and/or
Kenneth Fischer, M.D.
1190 NW 95th Street
Miami, FL 33150

6.      Records Custodian and/or
Enrique Monsanto, M.D.
263 7th Avenue, #2B
Brooklyn, New York 11215

7.      Meredith Davis, M.D.
Camillus Health Concern, Inc.
336 NW 5th Street
Miami, FL 33128

8.      Medical Records Custodian
St. Catherine's Rehabilitation Hospital
1040 NE 125th Street
Miami, FL 33161

9.      Medical Records Custodian
North Shore Medical Center
1100 NW 95th Street
Miami, FL 33150

10.     Records Custodian
Hospital Administration/
Rick Management
North Shore Medical Center
1100 NW 95th Street
Miami, FL 33150

11.     Records Custodian/Resident Agent
Patrick J. Fitzgerald
Villa Maria Nursing and Rehabilitation Center, Inc.
110 Merrick Way, Suite 3-B
Coral Gables, FL 33134

12.     Records H&R Block Eastern Enterprises
By Serving: C.T. Corporation System, Registered Agent
1200 South Pine Island Road
Plantation, FL 33324

13. Susan Richmond
    Unum
    18 Chestnut Street
    Worcester, Massachusetts  01608

14. Hanna Lindgren
    Unum
    18 Chestnut Street
    Worcester, Massachusetts  01608

15. Michelle Belanger
    Unum
    18 Chestnut Street
    Worcester, Massachusetts 01608

16. Joanne M. Goyette
    Unum
    18 Chestnut Street
    Worcester, Massachusetts 01608

17. Sharon Deraney
    Unum
    18 Chestnut Street
    Worcester, Massachusetts 01608

18. John Groves, M.D.
    Unum
    18 Chestnut Street
    Worcester, Massachusetts 01608

19. Leigh Hunter
    Unum
    18 Chestnut Street
    Worcester, Massachusetts 01608

20. Corporate Representative
    NRD Investments, LLC
    By Serving: NR Investments, Inc.
    1111 Park Center Boulevard
    Miami, FL 33169

21. Officer Roderick Pittman
    City of North Miami Police Department
    700 NE 124th Street
    North  Miami, FL 33161

22. Officer David Farrand
    City of North Miami Police Department
    700 NE 124th Street
    North Miami, FL 33161

23. Officer Angel Requejado
    City of North Miami Police Department
    700 NE 124th Street
    North Miami, FL 33161

24. Terry Wellons
    c/o Orestes Perez, Esquire
    Luks, Santaniello, Perez, Petrillo & Gold
    515 Las Olas Boulevard
    Fort Lauderdale, FL 33301

25. Ron Gottesman
    NRD Investments
    111 Park Centre Boulevard
    Suite 450
    Miami Gardens, FL 33169

26. Nir Shoshani
    NRD Investments
    111 Park Centre Boulevard
    #450
    Miami Gardens, FL 33169

27. Joshua W. Dobin, Esquire
    3445 Royal Palm Avenue
    Miami Beach, FL 33140

28. Linda E. Nee
    60 Hicks Road
    West Newfield, ME 04095

29. Stephen Prater
    Santa Clara Law
    Santa Clara University
    500 El Camino Real
    Santa Clara, California 95053

30. William E Feist, MD
    Protective Life INS
    2801 Highway 280 S
    Birmingham, AL

31. Lawrence D. Share
 3157 N. University Drive
 Pembroke Pines, FL 33024

32. Records Custodian
 Lawrence D. Share Company, Inc.
 3157 N. University Drive
 Pembroke Pines, FL 33024
 or
 150 S. Pine Island Road
 Suite 105
 Plantation, FL 33324

33. Professor John H. Langbein
 Yale Law School
 127 Wall Street
 New Haven, CT 06511

34. J. Harold Chandler
 Unum
 18 Chestnut Street
 Worcester, Massachusetts 01608

35. Thomas R. Watjen
 Unum
 18 Chestnut Street
 Worcester, Massachusetts 01608

36. Ralph Mohney
 Unum
 18 Chestnut Street
 Worcester, Massachusetts 01608

37. Joseph M. Belth
 The Insurance Forum
 P.O. Box 245
 Ellettsville, Indiana  47429

38. Records Custodian
 City of North Miami Police Department
 700 NE 124th Street
 North Miami, FL 33161

## II.  DOCUMENTS (Rule 26(a)(1)(B)1

1.      Subject to the availability of Defendant's Rule 26 documents for inspection and/or copying, copies of the following documents are available for inspection and/or copying at a mutually convenient time and place to be determined between counsel:

   A.    Plaintiff's hospital and medical records from the following physicians:

   Kenneth Fischer, M.D.
   Enrique Monsanto, M.D.
   North Shore Medical Center

   B.    Plaintiff's Income Tax Returns for the years 2006, 2007, 2008.

   C.    Plaintiff's Profit and Loss Statements for the years 2006, 2007, 2008.

   D.    North Miami Police Department records regarding incident of January 19, 2007 and January 20, 2007.

   E.    North Miami Police Department Incident Report of January 19, 2007 and January 20, 2007.

   F.    Criminal Court Records in re: State of Florida v. Velazquez, Case No. F07002506.

   G.    Deposition of North Miami Police Officer, Roderick Pittman taken October 20, 2008.

   H.    Deposition of North Miami Police Officer, David Ferrand taken October 17, 2008.

    I.  Deposition of North Miami Police Officer, Angel Requejado taken October 17, 2008.

    J.  Deposition of Terry Wellons taken March 12, 2008.

    K.  Deposition of Nir Shoshani taken August 13, 2008.

    L.  Deposition of Ron Gottesmann taken August 13, 2008.

    M.  Surveillance videotape of the arrest of Plaintiff, Nelvis Velazquez, M.D., on January 20, 2007.

    N.  Photographs of Plaintiff's office and lobby area.

    O.  Unum Company's claim files pertaining to Plaintiff's claim for disability.

    P.  Provident Life and Accident Insurance Company's application-underwriting files pertaining to Plaintiff's policy which is the subject of this litigation.

    Q.  Provident Life and Accident Insurance Company's Policy No. 6-334-613195, issued to Nelvis Velazquez, M.D, including but not limited to any and all Riders.

    R.  Agreement between NRD and Dr. Nelvis Velazquez dated October 9, 20006 with handwritten note dated November 9, 2006 "Today is November 9, 2006. This Agreement is now null and void," signed N.Velazquez.

    S.  Agreement between NRD and Dr. Nelvis Velazquez dated October 9, 2006 with handwritten notes dated January 18, 2007 "You do not have permission to enter my office this weekend or any other time to alter it in any manner. I have changed the alarm code. . .30 days [and underlined portions of paragraph 1 under NOW

THEREFORE. . .this agreement is null and void as of the first or 2nd week in November. . .," signed N. Velazquez.

  T. Cartoon of "Hungry Vulture Award" appearing in "The Bridge" with caption "Patience my foot. . .I want to kill something."

  U. All documents relating to Cartoon of "Hungry Vulture Award" appearing in "The Bridge" with caption "Patience my foot. . .I want to kill something."

  V. Exhibits to Amended Complaint A through P.

  W. Civil Remedy Notice mailed on December 3, 2007 and accepted by the State of Florida, Division of Financial Services on December 28, 2007.

  X. Unum Claims Manual.

  Y. Documents reflecting incentives, commissions, contingencies and bonuses for claims reviewers or supervisors.

  Z. Volunteer Consent Orders paying fines to the states of California, Georgia, Massachusetts and Consent Orders for the remaining fifty (50) states.

  AA. Sales literature of Provident claiming handling of claims would be done by Regional Claims Offices.

  BB. Sales literature describing the "empty envelope trick."

  CC. Directives requiring Confidentiality Agreements on all settlements.

  DD. Rules and regulations covering "round table" discussions of the destruction of written records.

  EE. The Lebouf, Lamb Report.

  FF. The market conduct study of the Insurance Department of the State of Georgia (The Oxendine Report).

GG. The report of Massachusetts Attorney General's findings of improper payment of $600,000 annually to the consultant employed by that state regarding disability insurance benefits for state employees.

HH. Report submitted by the United States Attorney for the City of San Diego on the "kick back scheme" concerning ERISA policies where Unum paid $5,550,000.00 in fines.

II. Report of James Michael Foley, 49 of Memphis, Tennessee, who was ordered to pay restitution in the amount of $3,488,481.41 for diverting sales commissions through a friend to his own pocket.

### III.  COMPUTATION OF DAMAGES [Rule 26(a)(1)(C)

Plaintiff's potential damages are monthly benefits in the sum of One Hundred Seven Thousand and Five Hundred Dollars ($107,500.00), together with interest, costs and attorney's fees.

## IV.  INSURANCE AGREEMENTS [Rule 26(a)(1)(D)

1. Provident Life and Accident Insurance Company's Policy No. 6-334-613195, issued to Nelvis Velazquez, M.D.

>Respectfully submitted,
>
>s./Michael M. Tobin, Esq.
>Michael M. Tobin
>Florida Bar No. 081540
>LAW OFFICES OF MICHAEL M. TOBIN, P.A.
>Attorneys for Plaintiff
>9400 South Dadeland Boulevard
>Penthouse #5
>Miami, FL 33156
>Telephone No.  (305) 445-5475
>Facsimile No. (305) 554-5479
>miamilaw@snappydsl.net

**CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that on this 12th day of March, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner of those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

>By s./Michael M. Tobin
>Michael M. Tobin