## United States District Court - Southern District of Florida - Miami Division

Judge Federico A. Moreno 99 N.E. 4th Street Courtroom 4 10th floor

 

### Calendar

| Start | End | Category | Description |
|---|---|---|---|
| 19 May 2009 2:30 PM | 3:30 PM | HEARING ON MOTIONS TO DISMISS | 08-22680-CIV-MORENO<br>NELVIS VELAZQUEZ, M.D.<br>    Michael M. Tobin, Esq.<br>vs.<br>PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, et al.<br>    Mark David Greenberg, Esq.<br>(Hearing on Motions to Dismiss) |

*28 minutes*

© 2009 Lotus Development Corp.                5/20/2009 at 4:39 PM                Page 1

Court Reporter: Jill Hardy-Hobbs