UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 08-22680-CIV-MORENO

NELVIS VELAZQUEZ, M.D.,

    Plaintiff,

vs.

PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, et al.,

    Defendant.
_____/

## ORDER GRANTING MOTIONS TO DISMISS

THIS CAUSE came before the Court upon the Defendant's Motions to Dismiss Counts II and III **(D.E. No. 8 & 12)**, filed on **October 13, 2008** and **November 26, 2008**, respectively.

THE COURT has considered the motions, responses and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motions are GRANTED. Counts II and III are hereby DISMISSED without prejudice to refile after a determination on liability under the insurance contract. Moreover, the Plaintiff is cautioned that, should she choose to refile these dismissed claims after a determination of liability, they must satisfy federal pleading requirements under Fed. R. Civ. P. 8(a), and as elucidated by the Supreme Court in *Bell Atlantic v. Twombly*, 550 U.S. 544 (2007). It is further

**ORDERED** that the Defendant's Motion to Strike the Plaintiff's Notice of Supplemental Authority **(D.E. No. 20)** is hereby DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of May, 2009.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record