UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  08-22680-CIV-MORENO
United States Magistrate

NELVIS VELAZQUEZ, M.D.,

    Plaintiff,

vs.

PROVIDENT LIFE AND ACCIDENT
INSURANCE COMPANY AND UNUM
GROUP,

    Defendants.
_____/

## MOTION FOR LEAVE TO WITHDRAW

    The undersigned attorney hereby requests that this Court grant permission to withdraw as attorney of record and would state as follows:

    1.    An impasse has been reached in the handling of the case, making it impossible for the client and attorney to continue to work cooperatively on the case.

    2.    The client has requested the attorney to withdraw, making it impossible for the attorney to represent the interests of the client.

    3.    In accordance with Rule 11.1(3), Southern District Local Rules, the client is hereby given notice of this Motion for Leave to Withdraw via U.S. Certified Mail and via E-mail on the date set forth in the Certificate of Service.

4. The client will not be prejudiced if the undersigned is permitted to withdraw.

Respectfully submitted,

s./Michael M. Tobin, Esq.
Michael M. Tobin
Florida Bar No. 081540
LAW OFFICES OF MICHAEL M. TOBIN, P.A.
Attorneys for Plaintiff
9400 South Dadeland Boulevard
Penthouse #5
Miami, FL 33156
Telephone No. (305) 445-5475
Facsimile No. (305) 554-5479
miamilaw@snappydsl.net

**CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that on this 26th day of May, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner of those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

This will also certify that a copy of the foregoing was furnished to the Plaintiff, Dr. Nelvis Velazquez, 12550 Biscayne Boulevard, Suite 110, North Miami, FL 33181 via U.S. Certified Mail and via E-Mail who is not authorized to receive electronic Notices of Electronic Filing.

By s./Michael M. Tobin
      Michael M. Tobin

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.  08-22680-CIV-MORENO
United States Magistrate

NELVIS VELAZQUEZ, M.D.,

    Plaintiff,

vs.

PROVIDENT LIFE AND ACCIDENT
INSURANCE COMPANY AND UNUM
GROUP,

    Defendants.
_____/

## ORDER GRANTING LEAVE TO WITHDRAW

**THIS MATTER** having come before the Court on counsel's Motion for Leave to Withdraw and the Court, having reviewed the pleadings, and being fully advised in the premises, does hereby,

**ORDERED AND ADJUDGED**

1.    Michael M. Tobin and the firm of Law Offices of Michael M. Tobin, P.A., are permitted to withdraw as attorney of records in the above-styled case.

**DONE AND ORDRERED** in Chambers, at Miami, Miami-Dade County, Florida, on the _____ day of _____, 2009.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Mark D. Greenberg, Esq.
Carlton Fields, P.A.
4000 International Place
100 SE Second Street
Miami, FL 33131-2114

Plaintiff, Dr. Nelvis Velazquez
12550 Biscayne boulevard, Suite 110
North Miami, FL 33181