UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 08-22680-CIV- MORENO
United States Magistrate Judge Torres

NELVIS VELAZQUEZ, M.D.,

    Plaintiff,

vs.

PROVIDENT LIFE AND ACCIDENT
INSURANCE COMPANY and UNUM
GROUP,

    Defendants.
_____/

**DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT
OF TIME TO COMPLY WITH COURT'S SCHEDULING ORDER DEADLINES**

Defendants, Provident Life and Accident Insurance Company and Unum Group, through their counsel, file this unopposed motion for an enlargement of time to comply with this Court's Scheduling Order deadlines and states as follows:

1. Following the May 19, 2009 hearing on pending motions, this Court issued its Scheduling Order (DE 25) setting various deadlines including a deadline to agree to a mediator, May 29, 2009, and a deadline for medical exams, June 30, 2009.

2. Pursuant to the Scheduling Order, mediators were discussed between counsel as was the issue of medical examinations.

3. On May 26, 2009, Plaintiff's counsel, Michael M. Tobin, Esq., filed his Motion to Withdraw (DE 26) citing an impasse with his client and a request for him to withdraw "making it impossible for the attorney to represent the interests of the client."

CASE NO: 08-22680-CIV-MORENO

4. Given the current status of Plaintiff's representation, despite undersigned counsel's attempt to comply with the Court's deadlines, agreement on a mediator can not be reached and arrangements for medical examinations can not be made at this time.

5. The Scheduling Order provided the parties 8 days to select a mediator and 40 days for medical examinations. Based on the foregoing, it is requested that the deadlines in the Scheduling Order for selecting a mediator and medical examinations be extended to run from the date that Plaintiff secures successor counsel or advises the Court that she intends to proceed *pro se*.

6. At the present time, the ability to proceed with discovery is effectively foreclosed. Accordingly, it is further requested that at a minimum, each of the other deadlines in the Scheduling Order be extended in a similar fashion to run from the date that Plaintiff secures successor counsel or advises the Court that she intends to proceed *pro se*.

6. Plaintiff's counsel has been contacted regarding Defendants' request and does not oppose it.

WHEREFORE, the Defendant respectfully requests an enlargement of time to comply with the Court's Scheduling Order.

Respectfully submitted,

s./Mark D. Greenberg, Esq.
MARK D. GREENBERG, ESQ.
Florida Bar No: 283959
CARLTON FIELDS, P.A.
Attorneys for Defendants
4000 Bank of America Tower
At International Place
100 S.E. Second Street
Miami, Florida 33131
Telephone No: (305) 530-0050
Facsimile No: (305) 530-0055
mgreenberg@carltonfields.com

CASE NO: 08-22680-CIV-MORENO

## CERTIFICATE OF SERVICE

      WE HEREBY CERTIFY that on this 29th day of May, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner of those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                            s/Mark D. Greenberg

## SERVICE LIST

| | |
|---|---|
| Michael M. Tobin, Esq. | Mark D. Greenberg, Esq. |
| Florida Bar No: 081540 | Florida Bar No: 283959 |
| The Law Offices of Michael M. Tobin, P.A. | Carlton Fields, P.A. |
| 9400 South Dadeland Boulevard | 4000 International Place |
| Penthouse 5 | 100 S.E. Second Street |
| Miami, Florida 33156 | Miami, Florida 33131-2114 |
| Telephone No: (305) 445-5475 | Telephone No: (305) 530-0050 |
| Facsimile No: (305) 554-5479 | Facsimile No: (305) 530-0055 |
| miamilaw@snappydsl.net | mgreenberg@carltonfields.com |
| Lead Counsel for Plaintiff | Lead Counsel for Defendant |
| | Filing Party |