UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:  08-22680-CIV- MORENO
United States Magistrate Judge Torres

NELVIS VELAZQUEZ, M.D.,

        Plaintiff,

vs.

PROVIDENT LIFE AND ACCIDENT
INSURANCE COMPANY and UNUM
GROUP,

        Defendants.

_____/

## DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO COMPEL AND MOTION TO CONTINUE PRETRIAL DEADLINES

Defendant, Provident Life and Accident Insurance Company ("Provident") and Defendant Unum Group ("Unum"), through their counsel, respond to Plaintiff's Motion to Compel deposition and mediation dates and state as follows:

1. The basic issue framed by the pleadings is Provident's contention that its denial of the Plaintiff's claim for disability benefits was due to Plaintiff's failure to submit proof of loss demonstrating her eligibility for the total disability benefits she was claiming and more specifically, her failure to attend on several occasions Independent Medical examinations provided for under her disability policy.

2. As a result of the hearing before the Court on pending motions, Provident's Motion to Dismiss was granted (DE 24) and a Scheduling Order entered (25). The Scheduling Order provided for an IME which was required to be performed before June 30, 2009. Thereafter, Plaintiff's counsel withdrew and on June 12, 2009, Plaintiff's current counsel appeared.

CASE NO: 08-22680-CIV-MORENO

3.    On June 19, 2009, Plaintiff served her Motion to Amend the Complaint (DE 32). Instead of a claim for total disability benefits only as demanded during the claim and later, in the initial complaint, Plaintiff for the first time claimed entitlement to residual disability benefits in the alternative. Defendants did not object to the amendment and pursuant to this Court's Order (DE 33), the Amended Complaint was filed on June 25, 2009 (DE 34). Provident timely filed its Answer to the Amended Complaint on July 7, 2009 (DE 35).

4.    The IME which Provident had been requesting well before and throughout this litigation finally took place on June 18, 2009, with the cooperation of Plaintiff's new counsel. The report of the examination was not issued until July 28, 2009 for several reasons including the necessity of the Plaintiff to undergo EMG and NCV testing and the IME doctor's vacation. The IME Report has been forwarded to the Plaintiff so that both parties can evaluate the report and follow up to the extent that further inquiry and clarification is needed. Provident's consultants have reviewed the report and have asked the examining physician to clarify portions of the report in order to assist Provident in the evaluation of the medical aspects of Plaintiff's claim for total or alternatively, the residual disability claim asserted in the Amended Complaint.

5.    Absent from Plaintiff's Motion is any mention of the significant changes in the pleadings by virtue of the filing of the Amended Complaint and the fact that after many months of refusal to cooperate in the determination of her own claim, the Plaintiff finally attended the IME requested by Provident in accordance with the policy.

6.    Provident acknowledges that there have been discussions with Plaintiff's counsel regarding his request for deposition dates as well as a mediation date. The parties focused on a date for mediation and even before the issuance of the IME report, agreed that the depositions could

2

CASE NO: 08-22680-CIV-MORENO

follow the mediation in the event that mediation was unsuccessful. Unfortunately, as a result of previously scheduled depositions, mediations, trials, and vacations, finding a date when Plaintiff and her counsel could attend mediation and Defendant's representative and their counsel could attend proved difficult. A date for mediation within the Court's mediation deadline finally became available and the parties are hopeful that arrangements can be finalized to mediate on August 27, 2009.

7.    Defendant does not object and joins in Plaintiff's motion to continue pretrial deadlines with the request that the date for mediation be extended in the event that the current efforts to schedule the mediation for August 27, 2009 don't work out.

8.    From a practical standpoint, given the fact that there has been so little time to consider the IME report and evaluate its impact on the Plaintiff's claim and this case, the parties are in doubt exactly what issues may remain to be tried. Under the circumstances, it would be appropriate to continue the discovery deadline even further and continue the case to the next docket (or at least set the case the second week of the docket) to allow additional time so that the new developments in the claim and in the case can be properly and adequately considered. Simply stated, Provident should not be placed in the position of last-minute scrambling to determine how to handle Plaintiff's amended claim simply because she finally agreed to attend an IME which had been requested well before the lawsuit was filed and throughout its pendency.

9.    Provident does not object to extending the discovery deadline and would request entry of an Order extending the mediation deadline beyond August 31, 2009 in the event that the mediation the parties are attempting to schedule for August 27, 2009 can not take place. Provident further requests that the case be scheduled the second week of the trial period in the event that the

C a r l t o n   F i e l d s , P . A .
4000 International Place - 100 Southeast Second Street - Miami - Florida 33131-2114 - 305.530.0050
15550892.1

case can not be continued to the next docket.  Plaintiff would not be prejudice in any fashion if the case were continued to the second week of the trial period or continued to the next docket.

10.    Pursuant to S.D. Fla. R. 7.6, it is submitted that this Response constitutes a showing of good cause as to why the brief continuance sought herein is justified.

WHEREFORE, Defendants requests entry of an Order consistent with this Response to Plaintiff's Motion.

Respectfully submitted,

MARK D. GREENBERG, ESQ.
Florida Bar No: 283959
CARLTON FIELDS, P.A.
Attorneys for Defendant, MetLife
4000 Bank of America Tower
At International Place
100 S.E. Second Street
Miami, Florida 33131
Telephone No: (305) 530-0050
Facsimile No: (305) 530-0055
mgreenberg@carltonfields.com

I, Mark D. Greenberg, after having been duly sworn, depose and state on oath that I have personal knowledge of the facts set forth herein; that I am counsel for the Defendants, that I have read this Response to Plaintiff's Motion to Compel and Motion to Continue Pretrial Deadlines and that the facts set forth in this Response are true and correct to my knowledge and belief.

**FURTHER AFFIANT SAYETH NOT**.

Mark D. Greenberg, Esq.

CASE NO: 08-22680-CIV-MORENO

SWORN TO AND SUBSCRIBED before me this 14th day of August, 2009.

_Evelyn J Llampallas_
NOTARY PUBLIC

_Evelyn L Llampallas_
PRINTED NAME OF NOTARY PUBLIC

My Commission Expires: _September 26, 2010_



__X__  Personally known to me, or
_____  Produced Identification: _____
Type of Identification _____

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this 14th day of August, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner of those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Mark D. Greenberg_____
Mark D. Greenberg

C a r l t o n   F i e l d s , P. A .
4000 International Place - 100 Southeast Second Street - Miami - Florida 33131-2114 - 305.530.0050
15550892.1

CASE NO: 08-22680-CIV-MORENO

## SERVICE LIST

Gregory Michael Dell, Esq.
Florida Bar No: 299560
Robert Andrew Kerr, Esq.
Florida Bar No: 48761
Dell & Schaefer, Chartered
2404 Hollywood Boulevard
Hollywood, Florida 33020
Telephone No: (954) 620-8300
Facsimile No: (954) 920 - 9538
E-Mail: cesar@diattorney.com
Lead Counsel for Plaintiff
Served via CM/ECF

Mark D. Greenberg, Esq.
Florida Bar No: 283959
Carlton Fields, P.A.
4000 International Place
100 S.E. Second Street
Miami, Florida 33131-2114
Telephone No: (305) 530-0050
Facsimile No: (305) 530-0055
E-Mail: mgreenberg@carltonfields.com
Lead Counsel for Defendant
Filing Party

C a r l t o n  F i e l d s, P. A.
4000 International Place - 100 Southeast Second Street - Miami - Florida  33131-2114 - 305.530.0050
15550892.1