**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  08-22680-CIV-MORENO**
**United States Magistrate**

NELVIS VELAZQUEZ, M.D.,

    Plaintiff,

vs.

PROVIDENT LIFE AND ACCIDENT
INSURANCE COMPANY AND UNUM
GROUP,

    Defendants.

_____/

**<u>NOTICE OF ATTORNEYS' CHARGING LIEN</u>**

   The law firm of MICHAEL M. TOBIN, P.A., files this Notice of Attorneys' Charging Lien for attorneys' fees and costs against any judgment, settlement or other monetary resolution of the Plaintiff's claim against the Defendant, Provident Life and Accident Insurance Company and Unum Group.  All parties or record are called upon to take notice of the lien for Attorneys' Fees and Costs.

       Respectfully submitted,

       <u>s./Michael M. Tobin, Esq.</u>
       Michael M. Tobin
       Florida Bar No. 081540
       LAW OFFICES OF MICHAEL M. TOBIN, P.A.
       Attorneys for Plaintiff
       9400 South Dadeland Boulevard
       Penthouse #5
       Miami, FL 33156
       Telephone No.  (305) 445-5475
       Facsimile No. (305) 554-5479
       miamilaw@snappydsl.net

**CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that on this 21st day of August, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner of those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

By s./Michael M. Tobin_____
Michael M. Tobin