UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **08-22680-CIV-MORENO**

NELVIS VELAZQUEZ, M.D.,

    Plaintiff,

vs.

PROVIDENT LIFE AND ACCIDENT INSURANCE
COMPANY, et al.,

    Defendants.
_____/

## ORDER DENYING THE MOTION TO SET ASIDE FINAL ORDER OF DISMISSAL

THIS CAUSE came before the Court upon Mr. Tobin's Motion to Set Aside the Final Order of Dismissal and Order Denying All Pending Motions as Moot (**D.E. No. 48**), filed on **September 24, 2009**.

THE COURT has considered the motion, response and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED. However, the parties may brief the issue of Mr. Tobin's claimed lien rights. Pleadings regarding that issue must be filed by attorney Mr. Tobin by **October 23, 2009**, the response must be filed by **October 30, 2009**, and the reply filed by **November 6, 2009**.

DONE AND ORDERED in Chambers at Miami, Florida, this 8 day of October, 2009.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record