| Exhibit A: Hours billed following purported acceptance of Velazquez's discharge | | | | |
|---|---|---|---|---|
| 03/16/09 | Prepare letter to Client re: discharge and Client's accusation of incompetence and threatening Bar complaint; | MMT | | .8 |
| 03/18/09 | Review multiple telephone messages from client; | RDT | | .3 |
| 03/19/09 | Prepare letter to Client re: discharge; | RDT | | .6 |
| 03/20/09 | Letter to Barry Stein regarding substitution of counsel; | MMT | | .5 |
| 03/22/09 | Letter to Barry Stein regarding Court Orders; | MMT | | .2 |
| 03/24/09 | Review Fax from client requesting documents; | MMT | | .2 |
| 03/24/09 | Prepare letter to client regarding past due invoices in the amount of $601.73; | MMT | | .4 |
| 03/31/09 | Review Defendant's Notice of Supplemental Authority in Support of Its Motion to Dismiss Amended Complaint; | MMT | | .3 |
| 04/15/09 | Research in preparation of Plaintiff's Notice of Supplemental Authority in Support of its Response in Opposition to Defendant's Motion to Dismiss Amended Complaint; | MMT | | 3.6 |
| 04/17/09 | Prepare Plaintiff's Notice of Supplemental Authority in Support of Its Response in Opposition to Defendant's Motion to Dismiss Amended Complaint; | MMT | | 1.2 |
| 04/17/09 | Organize and Compile case law for Plaintiff's Notice of Supplemental Authority in Support of its Response in Opposition to Defendant's Motion to Dismiss Amended Complaint; | | mmg | .7 |
| 04/30/09 | Review Defendants' Motion to Strike Plaintiff's Notice of Supplemental Authority in Support of its Response in Opposition to Defendants' Motion to Dismiss Amended Complaint; | MMT | | .6 |
| 05/05/09 | Review research re: carpal tunnel syndrome; | MMT | | .3 |

| 05/08/09 | Review Order Setting Hearing on Defendants' Motion to Dismiss; | MMT | | .2 |
|---|---|---|---|---|
| 05/11/09 | Additional research in preparation of hearing on Motion to Dismiss; | MMT | | 4.2 |
| 05/11/09 | Prepare Plaintiff's [Amended] Notice of Supplemental Authority in Support of its Response in Opposition to Defendant's Motion to Dismiss Amended Complaint; | MMT | | .3 |
| 05/20/09 | Review Scheduling Order, Order Setting Trial, Pretrial Order Setting Conference; Order of Referral to Mediation, Order Scheduling Mediation; | MMT | | 1.1 |
| 05/20/09 | Prepare lengthy letter to Barry Stein; | MMT | | .7 |
| 05/22/09 | Prepare letter to Barry A. Stein enclosing documents; | MMT | | .4 |
| 05/22/09 | Compile documents to be enclosed in letter to Barry Stein; | | mmg | .4 |
| 05/25/09 | Review e-mail string between client and Barry Stein; | MMT | | .3 |
| 05/25/09 | Review fax letter from Barry A. Stein; | MMT | | .2 |
| 05/26/09 | Review lengthy e-mail from client; | MMT | | .3 |
| 05/26/09 | Review e-mail from Barry A. Stein; | MMT | | .2 |
| 05/26/09 | Review e-mail string between client and Barry A. Stein; | MMT | | .2 |
| 05/26/09 | Review e-mail from client; | MMT | | .2 |
| 05/26/09 | Prepare Motion to Withdraw; | MMT | | .4 |
| 05/26/09 | Send copy of Motion to Withdraw to Plaintiff; | | mmg | .2 |
| 05/27/09 | Review e-mail string between client and Barry A. Stein; | MMT | | .2 |
| 05/27/09 | E-mail string between Michael Tobin, client, Barry A. Stein regarding Mr. Tobin's warning against client making ex-parte communication with Judge; | MMT | | .3 |

| 05/28/09 | Review e-mail from Barry A. Stein; | MMT | | .3 |
|---|---|---|---|---|
| 06/01/09 | Review lengthy e-mail from Barry A. Stein; | MMT | | .3 |
| 06/01/09 | Review Order Granting Motion to Withdraw; | MMT | | .2 |
| 06/01/09 | Send Copy of Order Granting Motion to Withdraw to Plaintiff; | | mmg | .2 |
| 08/24/09 | Telephone conversation with Greg Dell and forward correspondence regarding IME issue; | MMT | | .5 |

## Robert Kerr

| | |
|---|---|
| **From:** | Michael M. Tobin [miamilaw@snappydsl.net] |
| **Sent:** | Tuesday, May 26, 2009 3:38 PM |
| **To:** | bstein@dcfsz.com |
| **Cc:** | cubadivers@aol.com |
| **Subject:** | RE: HEARING LAST WEEK |

Mr. Stein is correct. I appeared in response to Judge Moreno's Order to orally argue the
Defendant's Motion to Dismiss our RICO allegations in Count III and Bad Faith in Count II.
Until I am relieved by substitute attorney I must appear by Federal Court Rules. I advised
you of Dr. Velazquez dismissing me but it's not effective without a substitute attorney or
a Notice to Client and permission to withdraw from the Judge. I'm filing my motion to
withdraw today. You did not respond to my prior request to be relieved.

Meanwhile I spoke to attorney John Murray. He is experienced in disability claims. He was
last years president of the Dade County Bar Association, Chairman of the Insurance
Committee of the AAJ and all around good lawyer.
He was partners with Kirk Wagar (who I trained) in Wagar, Murray & Feit.
I explained Dr. Velazquez complaints about me and propensity to assert her opinions ahead
of my advice.

He is willing to meet with her to consider handling the Federal Court case if she is
cooperative. The case is good, the client is essentially uncontrollable.  A prompt IME and
mediation with Duhlberg with a trial date in September is on the table with a bad faith
and RICO claim to follow.

The ball is in your court. Time is running. I will file my lien with the Court for my
firm's fees and unpaid costs.



-----Original Message-----
From: Barry A. Stein [mailto:bstein@dcfsz.com]
Sent: Tuesday, May 26, 2009 1:29 PM
To: cubadivers@aol.com
Cc: miamilaw@snappydsl.net
Subject: Re: HEARING LAST WEEK
Importance: High

[ Posted to: LT-DCF-07-140 - Velazquez, Dr. Nelvis adv. NRD Investments LLC, Wellons, et
al ]

The disability case is beyond my expertise. I wish I could handle it.
Mr. Tobin advised me several weeks ago that he believed he was fired, and expected to hear
from a new attorney. When he did not hear from someone he attended the hearing and
continued handling the case. It is not unethical to have a hearing and not notify the
client. the hearing was set by the Court for legal argument and the client would not be
participant in that normally.
If you want himto continue handling the file let him know that. If not, then you need to
get someone asap so that the judge's order can be complied with.


----< On 5/26/2009, cubadivers@aol.com wrote >---- Click on the "Attachments" button to
view this Multipart message.
--Barry A. Stein, Esq.
25 Southeast 2nd Avenue, Ingraham Building Suite 425, Miami FL 33131
305 377-1505 FAX 305 358-4296
Cell: 305 710-2333 Car: 305 794-1292
bstein@dcfsz.com <BSTEIN@DCFSZ.COM>
www.dcfsz.com

South Miami Fax: 305 662-4644
Email Fax: 1-305-397-2562

This transmission is intended to be delivered only to the named addressee(s) and may contain information that is confidential, proprietary, attorney work-product or attorney-client privileged. It is intended only for the use of the person(s) named above.

If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact and notify the sender by reply email or telephone (305-377-1505) and destroy all copies of the original message. Thank you. When addressed to or received by a firm client, any information, opinion or advice contained in this e-mail is subject to the terms and conditions contained in the governing engagement agreement between the client and De Cardenas, Freixas, Stein & Zachary, P.A.

**Robert Kerr**

| | |
|---|---|
| **From:** | Barry A. Stein [bstein@dcfsz.com] |
| **Sent:** | Wednesday, May 27, 2009 2:45 PM |
| **To:** | cubadivers@aol.com |
| **Subject:** | Re: Fwd: Motion for Leave to Withdraw |

**Importance:** High

```
[ Posted to: LT-DCF-07-140 - Velazquez, Dr. Nelvis adv. NRD Investments LLC, Wellons, et
al ]

Mr Tobin is in the file until the Judge allows him out. He is and remains your atty of
record now and is required to do whatever is required to keep the case open. The motion
probably will be granted without a hearing by the Judge. If you want to say something
which does not damage or hurt your case, you can send somethign directly to the Judge. I
am aware of Wagar's prior involvement.
----< On 5/27/2009, cubadivers@aol.com wrote >----


----------MB_8CBAD1080EE10B3_9D0_15D0_webmail-da03.sysops.aol.com
Content-Transfer-Encoding: 7bit
Content-Type: text/plain; charset="us-ascii"

Mr.Stein:

???? Is it a done deal that Mr.Tobin has already presented this to Judge Moreno ?? I have
cancelled all my patients this week to try and get substitute counsel.? It may be
"ethical" to have a hearing without notifying your client, but I don't think it's ehical
to leave your client without representation.? Mr.Tobin probably called you when I had
consulted with Mr.Wagar's firm about taking over my case.??Mr.Wagar is the lawyer I
originally went to before I filed my claim with UNUM and hired you.?
Mr.Tobin has fabricated this story that he was fired.? If he has to go before Judge Moreno
to have this order approved, how can I oppose it until I secure alternate counsel ??
Doesn't Mr.Tobin have to schedule time with the Judge and let me know when that will be ?


-----Original Message-----
From: Margaret M. Gatto <mmg1@snappydsl.net>
To: Cubadivers@aol.com
Cc: bstein@dcfsz.com
Sent: Tue, 26 May 2009 4:09 pm
Subject: Motion for Leave to Withdraw




Dear Dr. Velazquez:

A hard copy of our Motion for Leave to Withdraw is being served to you via Certified Mail.

Margaret M. Gatto
Paralegal
Law Offices of Michael M. Tobin, P.A.
9400 South Dadeland Boulevard
Penthouse #5
Miami, FL 33156
Telephone: (305) 445-5475
Facsimile: (305) 445-5479

----------MB_8CBAD1080EE10B3_9D0_15D0_webmail-da03.sysops.aol.com
Content-Transfer-Encoding: 7bit
Content-Type: text/html; charset="us-ascii"
```

Mr.Stein:<br>
<br>
     Is it a done deal that Mr.Tobin has already presented this to Judge Moreno ?  I have
cancelled all my patients this week to try and get substitute counsel.  It may be
"ethical" to have a hearing without notifying your client, but I don't think it's ehical
to leave your client without representation.  Mr.Tobin probably called you when I had
consulted with Mr.Wagar's firm about taking over my case.  Mr.Wagar is the lawyer I
originally went to before I filed my claim with UNUM and hired you.
Mr.Tobin has fabricated this story that he was fired.  If he has to go before Judge Moreno
to have this order approved, how can I oppose it until I secure alternate counsel ?
Doesn't Mr.Tobin have to schedule time with the Judge and let me know when that will be
?<br> <br> <br> -----Original Message-----<br>
From: Margaret M. Gatto <mmgl@snappydsl.net><br>
To: Cubadivers@aol.com<br>
Cc: bstein@dcfsz.com<br>
Sent: Tue, 26 May 2009 4:09 pm<br>
Subject: Motion for Leave to Withdraw<br> <br>


<div id=AOLMsgPart_1_3b8693a5-b01d-4089-9ea4-97576979cf8b style="FONT-SIZE:
12px; MARGIN: 0px; COLOR: #000; FONT-FAMILY: Tahoma, Verdana, Arial, Sans-Serif;
BACKGROUND-COLOR: #fff"><PRE style="FONT-SIZE: 9pt"><TT> Dear Dr. Velazquez:

A hard copy of our Motion for Leave to Withdraw is being served to you via Certified Mail.

Margaret M. Gatto
Paralegal
Law Offices of Michael M. Tobin, P.A.
9400 South Dadeland Boulevard
Penthouse #5
Miami, FL 33156
Telephone: (305) 445-5475
Facsimile: (305) 445-5479
</TT></PRE></div>
<!-- end of AOLMsgPart_1_3b8693a5-b01d-4089-9ea4-97576979cf8b --><div
id='MAILCIADB031-5c514a1d870953' class='aol_ad_footer'><br/><font
style="color:black;font:normal 10pt arial,san-serif;"> <hr style="margin-top:10px"/>Wanna
slim down for summer?  Go to <a href="http://www.aolhealth.com/diet/weight-loss-program/?
ncid=emlcntusheal00
000001">America Takes it Off</a> to learn how.</font> </div>

----------MB_8CBAD1080EE10B3_9D0_15D0_webmail-da03.sysops.aol.com--

--Barry A. Stein, Esq.
25 Southeast 2nd Avenue, Ingraham Building Suite 425, Miami FL 33131
305 377-1505 FAX 305 358-4296
Cell: 305 710-2333 Car: 305 794-1292
bstein@dcfsz.com <BSTEIN@DCFSZ.COM>
www.dcfsz.com

South Miami Fax: 305 662-4644
Email Fax: 1-305-397-2562

This transmission is intended to be delivered only to the named addressee(s) and may
contain information that is confidential, proprietary, attorney work-product or attorney-
client privileged.  It is intended only for the use of the person(s) named above.

If you are not the intended recipient, you are hereby notified that any review,
dissemination, distribution or duplication of this communication is strictly prohibited.
If you are not the intended recipient, please contact and notify the sender by reply email
or telephone (305-377-1505) and destroy all copies of the original message.  Thank you.
When addressed to or received by a firm client, any information, opinion or advice
contained in this e-mail is subject to the terms and conditions contained in the governing
engagement agreement between the client and De Cardenas, Freixas, Stein & Zachary, P.A.

**Robert Kerr**

| | |
|---|---|
| **From:** | Barry A. Stein [bstein@dcfsz.com] |
| **Sent:** | Thursday, May 28, 2009 4:45 PM |
| **To:** | cubadivers@aol.com |
| **Subject:** | Re: HEARING LAST WEEK |

**Importance:** High

[ Posted to: LT-DCF-07-140 - Velazquez, Dr. Nelvis adv. NRD Investments LLC, Wellons, et al ]

I will await your advices. Iwill also await any info provided by Tobin or the Judge to him. You will likely be copied on any orders from the Judge now due to the Motion to Withdraw being filed.
----< On 5/28/2009, cubadivers@aol.com wrote >---- If you had said so in the first place, I wouldn't have had the impression that you were going to communicate to the Judge for me.? I have canceled all my patients this week and may have to cancel next week to devote my time to finding a new lawyer.? As soon as I have a new attorney, you will be notified immediately.? I have e-mailed my policy and correspondence to a firm.? I am awaiting a response.

Nelvis Velazquez, M.D.


-----Original Message-----
From: Barry A. Stein <bstein@dcfsz.com>
To: cubadivers@aol.com
Sent: Thu, 28 May 2009 3:33 pm
Subject: Re: HEARING LAST WEEK


[ Posted to: LT-DCF-07-140 - Velazquez, Dr. Nelvis adv. NRD Investments LLC,

Wellons, et al ]

A Motion or Request for time frame for obtaining a new atty would need to be

filed, but it is a bit premature sinc ethe Judge has to rule on Tobin's motino and in that will provide the time frame. He is very proactive and will move case along, but not seek to harm you. Dont worry about this pleading for now.
Worry
about finding a new atty.
----< On 5/28/2009, cubadivers@aol.com wrote >---- How do "we" notify the court if I am not allowed to contact the Judge.? I am not trying to be difficult, I just don't know.? I don't want?to upset the Judge but I don't want my case to be comprised either.

Nelvis Velazquez, M.D.


-----Original Message-----
From: Barry A. Stein <bstein@dcfsz.com>
To: cubadivers@aol.com
Sent: Thu, 28 May 2009 5:05 am
Subject: Re: Fwd: HEARING LAST WEEK


[ Posted to: LT-DCF-07-140 - Velazquez, Dr. Nelvis adv. NRD Investments LLC,

Wellons, et al ]

1. If we notify the Court you want at least 30 days to obtain new counsel i suspect that

1

will be granted notwithstanding what the contract said.
2. i dont think Mr. tobin wants to withdraw. I really think he believes he was terminated.
----< On 5/27/2009, cubadivers@aol.com wrote >---- Example of Mr.Tobin's version of
events.? Can he produce a single document to show that he notified me about any deadlines
?? When he was in my office he stated (with Kimberly present) that we would not go to
trial before the end of the year.? He refused to tell me if opposing counsel had produced
anything and insisted that I prepare my 2008 Income Tax Return immediately.? Again, I
asked him.? Why the urgency, when are things due ?? He refused to answer and he had me

in tears before he and Margaret left.
Even after that inspection, he kept e-mailing me?about a ten foot window.?
He
didn't understand the arrest narrative I had prepared in Feb.,2007.

Can he produce any document that I fired him ?? I have a contract that states he

must give me 30 days not
ice and I must give him 30 days notice.? Where is the document giving me 30 days notice ??
This Friday deadline is set in stone ??
How

happy is Judge Moreno with lawyers that are disingenuous with the Court ??

Isn't the 30-day notice sufficient to present to the Judge ?? It is not offensive, it is
true, and it will give me time to obtain alternate counsel.

Nelvis Velazquez, M.D.?




-----Original Message-----
From: Michael M. Tobin <miamilaw@snappydsl.net>
To: bstein@dcfsz.com
Cc: cubadivers@aol.com
Sent: Tue, 26 May 2009 3:38 pm
Subject: RE: HEARING LAST WEEK


Mr. Stein is correct. I appeared in response to Judge Moreno's Order to orally argue the
Defendant's Motion to Dismiss our RICO allegations in Count III and Bad Faith in Count II.
Until I am relieved by substitute attorney I must appear by Federal Court Rules. I advised
you of Dr. Velazquez dismissing me but i t's not effective without a substitute attorney
or a Notice to Client and permission to withdraw from the Judge. I'm filing my motion to
withdraw today. You did not respond to my prior request to be relieved.

Meanwhile I spoke to attorney John Murray. He is experienced in disability claims. He was
last years president of the Dade County Bar Association, Chairman of the Insurance
Committee of the AAJ and all around good lawyer.
He was partners with Kirk Wagar (who I trained) in Wagar, Murray & Feit.
I explained Dr. Velazquez complaints about me and propensity to assert her opinions ahead
of my advice.

He is willing to meet with her to consider handling the Federal Court case if she is
cooperative. The case is good, the client is essentially uncontrollable.  A prompt IME and
mediation with Duhlberg with a trial date in September is on the table with a bad faith
and RICO claim to follow.

The ball is in your court. Time is running. I will file my lien with the Court for my
firm's fees and unpaid costs.


-----Original Message-----

From: Barry A. Stein [mailto:bstein@dcfsz.com]
Sent: Tuesday, May 26, 2009 1:29 PM
To: cubadivers@aol.com
C
c: miamilaw@snappydsl.net
Subject: Re: HEARING LAST WEEK
Importance: High

[ Posted to: LT-DCF-07-140 - Velazquez, Dr. Nelvis adv. NRD Investments LLC, Wellons, et
al ]

The disability case is beyond my expertise. I wish I could handle it.
Mr. Tobin advised me several weeks ago that he believed he was fired, and expected to hear
from a new attorney. When he did not hear from someone he attended the hearing and
continued handling the case. It is not unethical to have a hearing and not notify the
client. the hearing was set by the Court for legal argument and the client would  not be
participant in that normally.
If you want himto continue handling the file let him know that. If not, then you need to
get someone asap so that the judge's order can be complied with.


-----< On 5/26/2009, cubadivers@aol.com wrote >---- Click on the "Attachments" button to
view this Multipart message.

--Barry A. Stein, Esq.
25 Southeast 2nd Avenue, Ingraham Building Suite 425, Miami FL 33131
305 377-1505 FAX 305 358-4296
Cell: 305 710-2333 Car: 305 794-1292
bstein@dcfsz.com <BSTEIN@DCFSZ.COM>
www.dcfsz.com

South Miami Fax: 305 662-4644
Email Fax: 1-305-397-2562

This transmission is intended to be delivered only to the named addressee(s) and may
contain information that is confidential, proprietary, attorney work-product or attorney-
client privileged.  It is intended only for the use of the person(s) named above.

If you are not the intended recipient, you are hereby notified that any review,
dissemination, distribution or duplication of this communication is strictly prohibited.
If you are not the intended recipient, please contact and notify the sender by reply email
or telephone (305-377-1505) and destroy all copies of the original message.  Thank you.
When addressed to or received by a firm client, any information, opinion or advice
contained in this e-mail is subject to the terms and conditions contained in the governing
engagement agreement between the client and De Cardenas, Freixas, Stein & Zachary, P.A.




--Barry
A. Stein, Esq.
25 Southeast 2nd Avenue, Ingraham Building Suite 425, Miami FL 33131
305 377-1505 FAX 305 358-4296
Cell: 305 710-2333 Car: 305 794-1292
bstein@dcfsz.com <BSTEIN@DCFSZ.COM>
www.dcfsz.com

South Miami Fax: 305 662-4644
Email Fax: 1-305-397-2562

This transmission is intended to be delivered only to the named addressee(s) and

may contain information that is confidential, proprietary, attorney work-product

or attorney-client privileged.  It is intended only for the use of the

3

person(s)

named above.

If you are not the intended recipient, you are hereby notified that any review,
dissemination, distribution or duplication of this communication is strictly

prohibited.   If you are not the intended recipient, please contact and notify the sender
by reply email or telephone (305-377-1505) and destroy all copies of the original message.
Thank you.   When addressed to or received by a firm client, any information, opinion or
advice contained in this e-mail is subject to the terms and conditions contained in the
governing engagement agreement between the client and De Cardenas, Freixas, Stein &
Zachary, P.A.


--Barry A. Stein, Esq.
25 Southeast 2nd Avenue, Ingraham Building Suite 425, Miami FL 33131
305 377-1505 FAX 305 358-4296
Cell: 305 710-2333 Car: 305 794-1292
bstein@dcfsz.com <BSTEIN@DCFSZ.COM>
www.dcfsz.com

South Miami Fax: 305 662-4644
Email Fax: 1-305-397-2562

This transmission is intended to be delivered only to the named addressee(s) and may
contain information that is confidential, proprietary, attorney work-product or attorney-
client privileged.   It is intended only for the use of the
person(s)
named above.

If you are not the intended recipient, you are hereby notified that any review,
dissemination, distribution or duplication of this communication is strictly

prohibited.   If you are not the intended recipient, please contact and notify the sender
by reply email or telephone (305-377-1505) and destroy all copies of the original message.
Thank you.   When addressed to or received by a firm client, any information, opinion or
advice contained in this e-mail is subject to the terms and conditions contained in the
governing engagement agreement between the client and De Cardenas, Freixas, Stein &
Zachary, P.A.


--Barry A. Stein, Esq.
25 Southeast 2nd Avenue, Ingraham Building Suite 425, Miami FL 33131
305 377-1505 FAX 305 358-4296
Cell: 305 710-2333 Car: 305 794-1292
bstein@dcfsz.com <BSTEIN@DCFSZ.COM>
www.dcfsz.com

South Miami Fax: 305 662-4644
Email Fax: 1-305-397-2562

This transmission is intended to be delivered only to the named addressee(s) and may
contain information that is confidential, proprietary, attorney work-product or attorney-
client privileged.   It is intended only for the use of the person(s) named above.

If you are not the intended recipient, you are hereby notified that any review,
dissemination, distribution or duplication of this communication is strictly prohibited.
If you are not the intended recipient, please contact and notify the sender by reply email
or telephone (305-377-1505) and destroy all copies of the original message.   Thank you.
When addressed to or received by a firm client, any information, opinion or advice
contained in this e-mail is subject to the terms and conditions contained in the governing
engagement agreement between the client and De Cardenas, Freixas, Stein & Zachary, P.A.

## Robert Kerr

**From:** Michael M. Tobin [miamilaw@snappydsl.net]

**Sent:** Friday, May 29, 2009 3:44 PM

**To:** cubadivers@aol.com; bstein@dcfsz.com

**Subject:** RE: HEARING LAST WEEK

I remain obligated to the Federal Court and to Judge Moreno to protect the clients rights until he grants my Motion to Withdraw.

We were scheduled to designate a Mediator by today May 29th. Although Barry Stein approves of my agreeing with Greenberg on Bob Duhlberg as Mediator I have agreed with Greenberg filing an Agreed Motion for Extension of Time until my Motion to Withdraw is granted.

I had advised Mr. Stein that I would protect the clients rights until I was replaced and would assist in the transition urging payment of my cost bill for the with conference  with Dr. K. Fisher you requested.

Your email of March 15th clearly set out your displeasure with my incompetence" noting filing a Florida Bar Complaint on Monday.
What else could this mean but a discharge.? You have had over 60 days notice to replace me since my letter of March 16[th]. I noted my compliance with all court rules to protect you until replaced.

Mark Greenberg is a skilled and ethical lawyer who I have known over 25 years and his father Jack Greenberg was a top surgeon at Mt. Sinai Hospital and Chief of Medicine. We had a pending agreement to proceed with an IME by a qualified hand surgeon  allowing videotaping and an attorney to attend. Unum had refused this provision I demanded.

I have never been disingenuous (lied) to the court or to you.

.
Michael m. Tobin

**From:** cubadivers@aol.com [mailto:cubadivers@aol.com]
**Sent:** Wednesday, May 27, 2009 6:49 PM
**To:** bstein@dcfsz.com; MiamiLaw@Snappydsl.net
**Subject:** Fwd: HEARING LAST WEEK

Example of Mr.Tobin's version of events.  Can he produce a single document to show that he notified me about any deadlines ?  When he was in my office he stated (with Kimberly present) that we would not go to trial before the end of the year.  He refused to tell me if opposing counsel had produced anything and insisted that I prepare my 2008 Income Tax Return immediately.  Again, I asked him.  Why the urgency, when are things due ?  He refused to answer and he had me in tears before he and Margaret left.
Even after that inspection, he kept e-mailing me about a ten foot window.  He didn't understand the arrest narrative I had prepared in Feb.,2007.

Can he produce any document that I fired him ?  I have a contract that states he must give me 30 days notice and I must give him 30 days notice.  Where is the document giving me 30 days notice ?  This Friday deadline is set in stone ?  How happy is Judge Moreno with lawyers that are disingenuous with the Court ?

Isn't the 30-day notice sufficient to present to the Judge ?  It is not offensive, it is true, and it will give me time to obtain alternate counsel.

Nelvis Velazquez, M.D.

10/27/2009

-----Original Message-----
From: Michael M. Tobin <miamilaw@snappydsl.net>
To: bstein@dcfsz.com
Cc: cubadivers@aol.com
Sent: Tue, 26 May 2009 3:38 pm
Subject: RE: HEARING LAST WEEK

Mr. Stein is correct. I appeared in response to Judge Moreno's Order to
orally argue the Defendant's Motion to Dismiss our RICO allegations in Count
III and Bad Faith in Count II. Until I am relieved by substitute attorney I
must appear by Federal Court Rules. I advised you of Dr. Velazquez
dismissing me but it's not effective without a substitute attorney or a
Notice to Client and permission to withdraw from the Judge. I'm filing my
motion to withdraw today. You did not respond to my prior request to be
relieved.

Meanwhile I spoke to attorney John Murray. He is experienced in disability
claims. He was last years president of the Dade County Bar Association,
Chairman of the Insurance Committee of the AAJ and all around good lawyer.
He was partners with Kirk Wagar (who I trained) in Wagar, Murray & Feit.
I explained Dr. Velazquez complaints about me and propensity to assert her
opinions ahead of my advice.

He is willing to meet with her to consider handling the Federal Court case
if she is cooperative. The case is good, the client is essentially
uncontrollable.  A prompt IME and mediation with Duhlberg with a trial date
in September is on the table with a bad faith and RICO claim to follow.

The ball is in your court. Time is running. I will file my lien with the
Court for my firm's fees and unpaid costs.


-----Original Message-----
From: Barry A. Stein [mailto:bstein@dcfsz.com]
Sent: Tuesday, May 26, 2009 1:29 PM
To: cubadivers@aol.com
Cc: miamilaw@snappydsl.net
Subject: Re: HEARING LAST WEEK
Importance: High

[ Posted to: LT-DCF-07-140 - Velazquez, Dr. Nelvis adv. NRD Investments LLC,
Wellons, et al ]

The disability case is beyond my expertise. I wish I could handle it.
Mr. Tobin advised me several weeks ago that he believed he was fired, and
expected to hear from a new attorney. When he did not hear from someone he
attended the hearing and continued handling the case. It is not unethical to
have a hearing and not notify the client. the hearing was set by the Court
for legal argument and the client would not be participant in that normally.
If you want himto continue handling the file let him know that. If not, then
you need to get someone asap so that the judge's order can be complied with.

----< On 5/26/2009, cubadivers@aol.com wrote >----
Click on the "Attachments" button to view this Multipart message.
--Barry A. Stein, Esq.
25 Southeast 2nd Avenue, Ingraham Building Suite 425, Miami FL 33131
305 377-1505 FAX 305 358-4296
Cell: 305 710-2333 Car: 305 794-1292
bstein@dcfsz.com <BSTEIN@DCFSZ.COM>
www.dcfsz.com

South Miami Fax: 305 662-4644
Email Fax: 1-305-397-2562

This transmission is intended to be delivered only to the named addressee(s)
and may contain information that is confidential, proprietary, attorney
work-product or attorney-client privileged.  It is intended only for the use
of the person(s) named above.

If you are not the intended recipient, you are hereby notified that any
review, dissemination, distribution or duplication of this communication is
strictly prohibited.  If you are not the intended recipient, please contact
and notify the sender by reply email or telephone (305-377-1505) and destroy
all copies of the original message.  Thank you.  When addressed to or
received by a firm client, any information, opinion or advice contained in
this e-mail is subject to the terms and conditions contained in the
governing engagement agreement between the client and De Cardenas, Freixas,
Stein & Zachary, P.A.

---

Wanna slim down for summer? Go to America Takes it Off to learn how.

## Robert Kerr

| | |
|---|---|
| **From:** | Margaret M. Gatto [mmg1@snappydsl.net] |
| **Sent:** | Tuesday, June 02, 2009 11:17 AM |
| **To:** | Cubadivers@aol.com |
| **Subject:** | Velazquez v. Provident |

**Attachments:** https___ecf.flsd.uscourts.gov_cgi-bin_show_temp.pl_file=322345-6398238-0--headed.pdf

Attached is the Order Granting Motion to Withdraw.


Margaret M. Gatto
Paralegal
Law Offices of Michael M. Tobin

## Robert Kerr

| | |
|---|---|
| **From:** | Barry A. Stein [bstein@dcfsz.com] |
| **Sent:** | Tuesday, June 02, 2009 2:40 PM |
| **To:** | cubadivers@aol.com |
| **Subject:** | Re: Fwd: MOTION TO WITHDRAW |

**Importance:**    High


[ Posted to: LT-DCF-07-140 - Velazquez, Dr. Nelvis adv. NRD Investments LLC, Wellons, et al ]

You can contact the Judge now directly but you must send copies to opposing counsel. this order recognizes that you are still under an obligation to fulfill all deadlines previously set up by the Court.
----< On 6/2/2009, cubadivers@aol.com wrote >----


------------MB_8CBB1B9CD102FFF_A98_27BE_WEBMAIL-DZ11.sysops.aol.com
Content-Transfer-Encoding: 7bit
Content-Type: text/plain; charset="us-ascii"

SO MUCH FOR PROTECTING MY INTERESTS.? I AM NOW REPRESENTING MYSELF.


-----Original Message-----
From: cubadivers@aol.com
To: bstein@dcfsz.com
Sent: Thu, 28 May 2009 3:25 pm
Subject: Re: HEARING LAST WEEK


How do "we" notify the court if I am not allowed to contact the Judge.? I am not trying to be difficult, I just don't know.? I don't want?to upset the Judge but I don't want my case to be comprised either.

Nelvis Velazquez, M.D.


-----Original Message-----
From: Barry A. Stein <bstein@dcfsz.com>
To: cubadivers@aol.com
Sent: Thu, 28 May 2009 5:05 am
Subject: Re: Fwd: HEARING LAST WEEK


[ Posted to: LT-DCF-07-140 - Velazquez, Dr. Nelvis adv. NRD Investments LLC,

Wellons, et al ]

1. If we notify the Court you want at least 30 days to obtain new counsel i suspect that will be granted notwithstanding what the contract said.
2. i dont think Mr. tobin wants to withdraw. I really think he believes he was terminated.
----< On 5/27/2009, cubadivers@aol.com wrote >---- Example of Mr.Tobin's version of events.? Can he produce a single document to show that he notified me about any deadlines ?? When he was in my office he stated (with Kimberly present) that we would not go to trial before the end of the year.? He refused to tell me if opposing counsel had produced anything and insisted that I prepare my 2008 Income Tax Return immediately.? Again, I asked him.? Why the urgency, when are things due ?? He refused to answer and he had me in tears before he and Margaret left.
Even after that inspection, he kept e-mailing me?about a ten foot window.?
He
didn't understand the arrest narrative I had prepared in Feb.,2007.

Can he produce any document that I fired him ?? I have a contract that states he must give me 30 days notice and I must give him 30 days notice.? Where is the document giving me 30 days notice ?? This Friday deadline is set in stone ??
How
happy is Judge Moreno with lawyers that are disingenuous with the Court ??

Isn't the 30-day notice sufficient to present to the Judge ?? It is not offensive, it is true, and it will give me time to obtain alternate counsel.

Nelvis Velazquez, M.D.?

-----Original Message-----
From: Michael M. Tobin <miamilaw@snappydsl.net>
To: bstein@dcfsz.com
Cc: cubadivers@aol.com
Sent: Tue, 26 May 2009 3:38 pm
Subject: RE: HEARING LAST WEEK

Mr. Stein is correct. I appeared in response to Judge Moreno's Order to orally argue the Defendant's Motion to Dismiss our RICO allegations in Count III and Bad Faith in Count II. Until I am relieved by substitute attorney I must appear by Federal Court Rules. I advised you of Dr. Velazquez dismissing me but i t's not effective without a substitute attorney or a Notice to Client and permission to withdraw from the Judge. I'm filing my motion to withdraw today. You did not respond to my prior request to be relieved.

Meanwhile I spoke to attorney John Murray. He is experienced in disability claims. He was last years president of the Dade County Bar Association, Chairman of the Insurance Committee of the AAJ and all around good lawyer.
He was partners with Kirk Wagar (who I trained) in Wagar, Murray & Feit.
I explained Dr. Velazquez complaints about me and propensity to assert her opinions ahead of my advice.

He is willing to meet with her to consider handling the Federal Court case if she is cooperative. The case is good, the client is essentially uncontrollable. A prompt IME and mediation with Duhlberg with a trial date in September is on the table with a bad faith and RICO claim to follow.

The ball is in your court. Time is running. I will file my lien with the Court for my firm's fees and unpaid costs.

-----Original Message-----
From: Barry A. Stein [mailto:bstein@dcfsz.com]
Sent: Tuesday, May 26, 2009 1:29 PM
To: cubadivers@aol.com
Cc: miamilaw@snappydsl.net
Subject: Re: HEARING LAST WEEK
Importance: High

[ Posted to: LT-DCF-07-140 - Velazquez, Dr. Nelvis adv. NRD Investments LLC, Wellons, et al ]

The disability case is beyond my expertise. I wish I could handle it.
Mr. Tobin advised me several weeks ago that he believed he was fired, and expected to hear from a new attorney. When he did not hear from someone he attended the hearing and continued handling the case. It is not unethical to have a hearing and not notify the client. the hearing was set by the Court for legal argument and the client would not be participant in that normally.

2

If you want himto continue handling the file let him know that. If not, then you need to get someone asap so that the judge's order can be complied with.


----< On 5/26/2009, cubadivers@aol.com wrote >---- Click on the "Attachments" button to view this Multipart message.

--Barry A. Stein, Esq.
25 Southeast 2nd Avenue, Ingraham Building Suite 425, Miami FL 33131
305 377-1505 FAX 305 358-4296
Cell: 305 710-2333 Car: 305 794-1292
bstein@dcfsz.com <BSTEIN@DCFSZ.COM>
www.dcfsz.com

South Miami Fax: 305 662-4644
Email Fax: 1-305-397-2562

This transmission is intended to be delivered only to the named addressee(s) and may contain information that is confidential, proprietary, attorney work-product or attorney-client privileged. It is intended only for the use of the person(s) named above.

If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact and notify the sender by reply email or telephone (305-377-1505) and destroy all copies of the original message. Thank you. When addressed to or received by a firm client, any information, opinion or advice contained in this e-mail is subject to the terms and conditions contained in the governing engagement agreement between the client and De Cardenas, Freixas, Stein & Zachary, P.A.



--Barry A. Stein, Esq.
25 Southeast 2nd Avenue, Ingraham Building Suite 425, Miami FL 33131
305 377-1505 FAX 305 358-4296
Cell: 305 710-2333 Car: 305 794-1292
bstein@dcfsz.com <BSTEIN@DCFSZ.COM>
www.dcfsz.com

South Miami Fax: 305 662-4644
Email Fax: 1-305-397-2562

This transmission is intended to be delivered only to the named addressee(s) and may contain information that is confidential, proprietary, attorney work-product or attorney-client privileged. It is intended only for the use of the
person(s)
named above.

If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly

prohibited. If you are not the intended recipient, please contact and notify the sender by reply email or telephone (305-377-1505) and destroy all copies of the original message. Thank you. When addressed to or received by a firm client, any information, opinion or advice contained in this e-mail is subject to the terms and conditions contained in the governing engagement agreement between the client and De Cardenas, Freixas, Stein & Zachary, P.A.



Wanna slim down for summer? Go to America Takes it Off to learn how.

----------MB_8CBB1B9CD102FFF_A98_27BE_WEBMAIL-DZ11.sysops.aol.com

3

Content-Transfer-Encoding: 7bit
Content-Type: text/html; charset="us-ascii"

SO MUCH FOR PROTECTING MY INTERESTS.  I AM NOW REPRESENTING MYSELF.<br> <br> <br> -----
Original Message-----<br>
From: cubadivers@aol.com<br>
To: bstein@dcfsz.com<br>
Sent: Thu, 28 May 2009 3:25 pm<br>
Subject: Re: HEARING LAST WEEK<br>
<br>


<div id=AOLMsgPart_2_616b80ec-cdf6-4b53-8ab9-c9ebae8db6e7>How do "we" notify the court if
I am not allowed to contact the Judge.  I am not trying to be difficult, I just don't
know.  I don't want to upset the Judge but I don't want my case to be comprised
either.<br> <br> Nelvis Velazquez, M.D.<br> <br> <br> -----Original Message-----<br>
From: Barry A. Stein <<A
href="mailto:bstein@dcfsz.com">bstein@dcfsz.com</A>><br>
To: <A href="mailto:cubadivers@aol.com">cubadivers@aol.com</A><br>
Sent: Thu, 28 May 2009 5:05 am<br>
Subject: Re: Fwd: HEARING LAST WEEK<br>
<br>


<div id=AOLMsgPart_0_6b52e36a-f3dd-4d10-b608-46c65ffeca95 style="FONT-SIZE:
12px; MARGIN: 0px; COLOR: #000; FONT-FAMILY: Tahoma, Verdana, Arial, Sans-Serif;
BACKGROUND-COLOR: #fff"><PRE style="FONT-SIZE: 9pt"><TT>[ Posted
to: LT-DCF-07-140 - Velazquez, Dr. Nelvis adv. NRD Investments LLC, Wellons, et al ]

1. If we notify the Court you want at least 30 days to obtain new counsel i suspect that
will be granted notwithstanding what the contract said.
2. i dont think Mr. tobin wants to withdraw. I really think he believes he was terminated.
----< On 5/27/2009, <A
href="mailto:cubadivers@aol.com">cubadivers@aol.com</A> wrote >---- Example of Mr.Tobin's
version of events.? Can he produce a single document to show that he notified me about any
deadlines ?? When he was in my office he stated (with Kimberly present) that we would not
go to trial before the end of the year.? He refused to tell me if opposing counsel had
produced anything and insisted that I prepare my 2008 Income Tax Return immediately.?
Again, I asked him.? Why the urgency, when are things due ?? He refused to answer and he
had me in tears before he and Margaret left.
Even after that inspection, he kept e-mailing me?about a ten foot window.?
He
didn't understand the arrest narrative I had prepared in Feb.,2007.

Can he produce any document that I fired him ?? I have a contract that states he must give
me 30 days notice and I must give him 30 days notice.? Where is the document giving me 30
days notice ?? This Friday deadline is set in stone ??
How
happy is Judge Moreno with lawyers that are disingenuous with the Court ??

Isn't the 30-day notice sufficient to present to the Judge ?? It is not offensive, it is
true, and it will give me time to obtain alternate counsel.

Nelvis Velazquez, M.D.?




-----Original Message-----
From: Michael M. Tobin <<A
href="mailto:miamilaw@snappydsl.net">miamilaw@snappydsl.net</A>>
To: <A href="mailto:bstein@dcfsz.com">bstein@dcfsz.com</A>
Cc: <A href="mailto:cubadivers@aol.com">cubadivers@aol.com</A>
Sent: Tue, 26 May 2009 3:38 pm
Subject: RE: HEARING LAST WEEK

Mr. Stein is correct. I appeared in response to Judge Moreno's Order to orally argue the Defendant's Motion to Dismiss our RICO allegations in Count III and Bad Faith in Count II. Until I am relieved by substitute attorney I must appear by Federal Court Rules. I advised you of Dr. Velazquez dismissing me but it's not effective without a substitute attorney or a Notice to Client and permission to withdraw from the Judge. I'm filing my motion to withdraw today. You did not respond to my prior request to be relieved.

Meanwhile I spoke to attorney John Murray. He is experienced in disability claims. He was last years president of the Dade County Bar Association, Chairman of the Insurance Committee of the AAJ and all around good lawyer.
He was partners with Kirk Wagar (who I trained) in Wagar, Murray & Feit.
I explained Dr. Velazquez complaints about me and propensity to assert her opinions ahead of my advice.

He is willing to meet with her to consider handling the Federal Court case if she is cooperative. The case is good, the client is essentially uncontrollable. A prompt IME and mediation with Duhlberg with a trial date in September is on the table with a bad faith and RICO claim to follow.

The ball is in your court. Time is running. I will file my lien with the Court for my firm's fees and unpaid costs.


-----Original Message-----
From: Barry A. Stein [<A href="mailto:bstein@dcfsz.com?">mailto:bstein@dcfsz.com</A>]
Sent: Tuesday, May 26, 2009 1:29 PM
To: <A href="mailto:cubadivers@aol.com">cubadivers@aol.com</A>
Cc: <A href="mailto:miamilaw@snappydsl.net">miamilaw@snappydsl.net</A>
Subject: Re: HEARING LAST WEEK
Importance: High

[ Posted to: LT-DCF-07-140 - Velazquez, Dr. Nelvis adv. NRD Investments LLC, Wellons, et al ]

The disability case is beyond my expertise. I wish I could handle it.
Mr. Tobin advised me several weeks ago that he believed he was fired, and expected to hear from a new attorney. When he did not hear from someone he attended the hearing and continued handling the case. It is not unethical to have a hearing and not notify the client. the hearing was set by the Court for legal argument and the client would not be participant in that normally.
If you want himto continue handling the file let him know that. If not, then you need to get someone asap so that the judge's order can be complied with.


----< On 5/26/2009, <A href="mailto:cubadivers@aol.com">cubadivers@aol.com</A> wrote >---- Click on the "Attachments" button to view this Multipart message.
--Barry A. Stein, Esq.
25 Southeast 2nd Avenue, Ingraham Building Suite 425, Miami FL 33131
305 377-1505 FAX 305 358-4296
Cell: 305 710-2333 Car: 305 794-1292
<A href="mailto:bstein@dcfsz.com">bstein@dcfsz.com</A> <<A href="mailto:BSTEIN@DCFSZ.COM">BSTEIN@DCFSZ.COM</A>>
<A href="http://www.dcfsz.com/" target=_blank>www.dcfsz.com</A>

South Miami Fax: 305 662-4644
Email Fax: 1-305-397-2562

This transmission is intended to be delivered only to the named addressee(s) and may contain information that is confidential, proprietary, attorney work-product or attorney-client privileged. It is intended only for the use of the person(s) named above.

If you are not the intended recipient, you are hereby notified that any review,
dissemination, distribution or duplication of this communication is strictly prohibited.
If you are not the intended recipient, please contact and notify the sender by reply email
or telephone (305-377-1505) and destroy all copies of the original message.   Thank you.
When addressed to or received by a firm client, any information, opinion or advice
contained in this e-mail is subject to the terms and conditions contained in the governing
engagement agreement between the client and De Cardenas, Freixas, Stein & Zachary, P.A.

--Barry A. Stein, Esq.
25 Southeast 2nd Avenue, Ingraham Building Suite 425, Miami FL 33131
305 377-1505 FAX 305 358-4296
Cell: 305 710-2333 Car: 305 794-1292
<A href="mailto:bstein@dcfsz.com">bstein@dcfsz.com</A> <<A href="mailto:BSTEIN@DCFSZ.COM">
BSTEIN@DCFSZ.COM</A>>
<A href="http://www.dcfsz.com/" target=_blank>www.dcfsz.com</A>

South Miami Fax: 305 662-4644
Email Fax: 1-305-397-2562

This transmission is intended to be delivered only to the named addressee(s) and may
contain information that is confidential, proprietary, attorney work-product or attorney-
client privileged.   It is intended only for the use of the
person(s)
named above.

If you are not the intended recipient, you are hereby notified that any review,
dissemination, distribution or duplication of this communication is strictly

prohibited.   If you are not the intended recipient, please contact and notify the sender
by reply email or telephone (305-377-1505) and destroy all copies of the original message.
Thank you.   When addressed to or received by a firm client, any information, opinion or
advice contained in this e-mail is subject to the terms and conditions contained in the
governing engagement agreement between the client and De Cardenas, Freixas, Stein &
Zachary, P.A.

</TT></PRE></div>

<div class=aol_ad_footer id=MAILCIADB041-5bc94a1ee53f35d><br>
<FONT style="FONT: 10pt arial,san-serif; COLOR: black"> <HR style="MARGIN-TOP: 10px">
Wanna slim down for summer? Go to <A href="http://www.aolhealth.com/diet/weight-loss-
program/?ncid=emlcntusheal00
000001" target=_blank>America Takes it Off</A> to learn how.</FONT> </div> </div>
<!-- end of AOLMsgPart_2_616b80ec-cdf6-4b53-8ab9-c9ebae8db6e7 --><div
id='MAILCIADB015-5bb14a25590ecf' class='aol_ad_footer'><br/><font
style="color:black;font:normal 10pt arial,san-serif;"> <hr style="margin-top:10px"/>Wanna
slim down for summer?  Go to <a href="http://www.aolhealth.com/diet/weight-loss-program/?
ncid=emlcntusheal00
000001">America Takes it Off</a> to learn how.</font> </div>

----------MB_8CBB1B9CD102FFF_A98_27BE_WEBMAIL-DZ11.sysops.aol.com--

--Barry A. Stein, Esq.
25 Southeast 2nd Avenue, Ingraham Building Suite 425, Miami FL 33131
305 377-1505 FAX 305 358-4296
Cell: 305 710-2333 Car: 305 794-1292
bstein@dcfsz.com <BSTEIN@DCFSZ.COM>
www.dcfsz.com

South Miami Fax: 305 662-4644
Email Fax: 1-305-397-2562

This transmission is intended to be delivered only to the named addressee(s) and may contain information that is confidential, proprietary, attorney work-product or attorney-client privileged.  It is intended only for the use of the person(s) named above.

If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact and notify the sender by reply email or telephone (305-377-1505) and destroy all copies of the original message.  Thank you. When addressed to or received by a firm client, any information, opinion or advice contained in this e-mail is subject to the terms and conditions contained in the governing engagement agreement between the client and De Cardenas, Freixas, Stein & Zachary, P.A.

## Robert Kerr

| | |
|---|---|
| **From:** | Barry A. Stein [bstein@dcfsz.com] |
| **Sent:** | Thursday, June 04, 2009 5:39 AM |
| **To:** | cubadivers@aol.com |
| **Subject:** | Re: Long-Term Disability Updates-Attorneys Dell & Schaefer |

**Importance:**       High


[ Posted to: LT-DCF-07-140 - Velazquez, Dr. Nelvis adv. NRD Investments LLC, Wellons, et al ]

1. the contract for disability insurance is governed by Erisa 2. Fedl Court is an appropriate forum if there is diversity jurisdiction 3. Exposing problems between you and your atty will help the Judge help you so I would not do that.
4. I cannot just help the Court with info provision, i either have to make an appearance or not. I am not equipped to handle a case in Federal Court atthe current time and I cannot start with this one. If you wanted to file something I would help you crafting that document so that it wont come back to haunt you.
5. if you get the attorney by the end of this week or beg. of next that should suffice.
6. we cannot agree to the mediator w/o your new attorney approving the person. Bob Dulberg's name was agreed to by Tobin and Greenberg, but since Tobin was getting out they chose to wait for the new atty before finalizing him. He is a competent mediator, I know him independently.
----< On 6/3/2009, Cubadivers@aol.com wrote >---- That event already past on May 29, 2009. Please see SCHEDULING  ORDER:

Conferences and selection of a mediator to be completed no later  than:
  May 29, 2009
Deadline to join additional parties or to amend  pleadings:
          June 5,  2009
Deadline for  .........
                    June  30,2009

I have again canceled patients for the rest of today and tom to try  and
resolve this ABUSE.  I have no idea what Mr.Tobin told the Judge.   You are
the one that informed me that I had fired him.  I would think you  could still communicate
with Judge Moreno on behalf about my contract with  Mr.Tobin.
I did wait for Mr.Tobin for almost a year, only to be  repeatedly verbally abused by him.
I have several e-mails and a couple of  letters that actually turned my stomach and I
really didn't want to produce  them, but I will.  I
was never advised why we are in Federal Court.   My policy is not governed
by ERISA.  He would never answer anything.

I have not heard back from the firm that is evaluating my case.  I am promised a call tom.
I have been working day and night.  I do  need the clock to stop ticking.

Nelvis Velazquez, M.D.
**************We found the real âk˜Hotel Californiaâk™ and the âk˜Seinfeldâk™ diner. What
will you find? Explore WhereItsAt.com. (http://www.wher eitsat.com/#/music/all-
spots/355/47.796964/-66.374711/2/Youve-Found-Where-It
s-At?ncid=eml
cntnew00000007)

--Barry A. Stein, Esq.
25 Southeast 2nd Avenue, Ingraham Building Suite 425, Miami FL 33131
305 377-1505 FAX 305 358-4296
Cell: 305 710-2333 Car: 305 794-1292
bstein@dcfsz.com <BSTEIN@DCFSZ.COM>
www.dcfsz.com

South Miami Fax: 305 662-4644
Email Fax: 1-305-397-2562

This transmission is intended to be delivered only to the named addressee(s) and may contain information that is confidential, proprietary, attorney work-product or attorney-client privileged.  It is intended only for the use of the person(s) named above.

If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact and notify the sender by reply email or telephone (305-377-1505) and destroy all copies of the original message.  Thank you. When addressed to or received by a firm client, any information, opinion or advice contained in this e-mail is subject to the terms and conditions contained in the governing engagement agreement between the client and De Cardenas, Freixas, Stein & Zachary, P.A.

Law Offices of
# MICHAEL M. TOBIN, P.A.
Dadeland Towers, Penthouse Five
9400 South Dadeland Blvd., Miami, FL 33156
Phone: 305 445-5475  Fax: 305 445-5479
E-mail: miamilaw@snappydsl.net

Richard D. Tobin, P.A.
E-mail: rtobin@bellsouth.net

May 22, 2009

[Via facsimile (305) 358-4296]                **URGENT**

Barry A. Stein, Esq.
De Cardenas Freixas, et al.
25 SE 2nd Ave Ste 425
Miami, Florida 331311511

       Re:    Nelvis Velazquez, M.D.

Dear Barry:

       Enclosed please find a copy of the following:

       1.     Order Granting Motions to Dismiss;
       2.     Scheduling Order;
       3.     Order Setting Trial Date;
       4.     Pretrial Order Setting Conference;
       5.     Order of Referral to Mediation; and
       6.     Order Scheduling Mediation.

       You should be aware that Judge Moreno is serious and if his Orders are not complied with sanctions can be imposed including **dismissal or default.**

       In order to protect from the selection of A Mediator, I have indicated to opposing counsel that Robert Dulberg who is the most experienced mediator for disability income cases would be acceptable.  I have made opposing counsel aware that Mr. Dulberg is a neighbor in my condominium complex who participates in my weekend tennis group and is also employed by the same mediating service as my brother retired Judge David L. Tobin.

       I believe this will satisfy the May 29th deadline, unless you disapprove of Mr. Dulberg's selection prior to that date.

Received 5/21/09 KA

Barry A. Stein, Esq.
May 22, 2009
Page 2

I trust that you recognize the imperative nature of the situation and communicate to me your instructions or I will promptly file my withdrawal in this case and be relieved of any further responsibility.

Sincerely yours,

Michael M. Tobin

MMT:wp

cc:     Dr. Nelvis Velazquez
        Via facsimile (305) 893-5202

Attachments as stated.

Received 5|26|09 KA

| NO. | DATE | START TIME | SENT TO | SCANNED/SENT | RESULT |
|-----|------|------------|---------|--------------|--------|
| 1 | 05/22/2009 | 22:56 | 3058935202 | 16/0 | NO ANSWER |

Received 5/26/09 KA

| NO. | DATE | START TIME | SENT TO | SCANNED/SENT | RESULT |
|-----|------|-----------|---------|--------------|--------|
| 1 | 05/22/2009 | 22:56 | 3058935202 | 16/0 | NO ANSWER |

Received 5/26/09 KA

| Exhibit D: Billing entries not related to prosecution of Velazquez's claim for long-term disability benefits | | | | |
|---|---|---|---|---|
| 04/23/08 | Initial Conference with Client for second opinion and retainer; | MMT | | 3.0 |
| 04/23/08 | Review notice from UNUM of IME; | MMT | | .2 |
| 04/23/08 | Review letter to Client from Unum re: IME; | MMT | | .2 |
| 04/23/08 | Review letter to Client from Unum re: IME; | MMT | | .2 |
| 04/23/08 | Review Letter to John J. Spiegel, Esq. from Unum re: IME | MMT | | .2 |
| 04/23/08 | Review letter to Joanne Goyette from John J. Spiegel, Esq. requesting demand that they commence payments; | MMT | | .2 |
| 04/23/08 | Review letter to John Spiegel from Unum re: IME; | MMT | | .2 |
| 04/24/08 | Prepare letter to Barry A. Stein, Esq. re: meeting with client and referral with Contingent Fee Agreement; | MMT | | .2 |
| 04/30/08 | Receive e-mail from client re: dismissing Spiegel; | MMT | | .1 |
| 05/01/08 | Review facsimile from client to Unum changing attorneys; | MMT | | .2 |
| 05/06/08 | Prepare letter [lengthy] to Unum advising of retention with complete file review, research cases regarding IME issue and demand for consultant report; | MMT | | 4.5 |
| 05/06/08 | Review letter from Unum to client regarding IME and telephone conversation with client; | MMT | | .5 |
| 05/12/08 | Review legal research re: IME issue and e-mails to and from Sue Horner; | MMT | | 2.0 |
| 05/13/08 | Review letter from Unum in response to letter of 05/06/08; telephone conversation with client regarding the issue of attendance of attorney or video at IME; | MMT | | .4 |
| 06/18/08 | Review letter from Unum; | MMT | | .4 |
| 06/23/08 | Prepare letter to Unum re: their letter of 06/18/08 citing *US Security v. Camino* and telephone conversation with client and Unum; | MMT | | 1.5 |
| 07/15/08 | Review letter from Unum re: letter of 06/23/08, law department reviewed *Cimino*; | MMT | | .5 |
| 07/21/08 | Prepare letter to Unum and telephone conversation with client; | MMT | | .4 |
| 08/01/08 | Review letter from Unum re: letter of 07/21/08; | MMT | | .2 |

| 01/08/09 | Review Circuit Court Docket Sheet re: NRD Investments v. Velazquez; | | mmg | .3 |
|---|---|---|---|---|
| 01/08/09 | Review NRS v. Velazquez file | MMT | | 2.0 |
| 01/09/09 | Review e-mail from Mark Greenberg re: Rule 26; | | mmg | .1 |
| 01/09/09 | Review 3d DCA opinion; | MMT | | 2.0 |
| 01/09/09 | Prepare letter to Barry A. Stein and James J. Traitz re: landlord/tenant issue and our Rule 26; telephone conversation with Barry Stein, James Traitz and client; | MMT | | 1.5 |
| 01/13/09 | E-mail to client and response regarding file from Stein; | MMT | | .5 |
| 01/15/09 | Letter to client re: statement of Mr. Valentin; | MMT | | 1.0 |
| 01/15/09 | Lengthy telephone conversation with Mr. Valentin; | MMT | | 1.1 |
| 01/15/09 | Prepare statement of witness Valentin; | MMT | | .9 |
| 01/15/09 | Review e-mail from client to Barry Stein and James Traitz regarding her landlord/tenant issue; | MMT | | .3 |
| 01/16/09 | Review e-mail from client re: landlord/tenant issue; | MMT | | .1 |
| 01/16/09 | Telephone conversation and e-mail to Michael Haggard and client for second opinion regarding landlord/tenant case; | | | 1.0 |
| 01/16/09 | Review e-mail from client re: witness Valentin and respond; | | mmg | .2 |
| 01/20/09 | Review e-mail from client re: witness Valentin and respond; | | mmg | .2 |
| 01/22/09 | Research property ownership NRD Investments; | MMT | | .9 |
| 01/23/09 | Obtain and review Circuit Court docket sheet in re: NRD Investments v. Velazquez; | | mmg | .2 |
| 01/26/09 | Review letter from Wm. Andrew Haggard re: review of Velazquez case re: landlord/tenant issue; | MMT | | .1 |
| 01/27/09 | Prepare lengthy letter to Michael Eidson re: client's lawsuit with landlord; telephone conversation with intake attorney per client request; | MMT | | 1.0 |
| 02/02/09 | Review e-mail from client and prepare response re: Stein documents; | MMT | | .2 |
| 02/02/09 | Review e-mail from Barry Stein and respond; | MMT | | .3 |
| 02/02/09 | Review e-mail from Barry Stein and respond; | MMT | | .2 |
| 02/03/09 | Review lengthy chain of e-mail from Barry Stein and response re: landlord/tenant issue; | MMT | | .6 |
| 02/06/09 | Deposition summary, Wellons; | | mmg | 10.0 |
| 02/10/09 | Review e-mail from client re: witnesses and Valentin; | | mmg | .1 |
| 02/10/09 | Review lengthy e-mail from Barry A. Stein | MMT | | .4 |

| | | regarding landlord tenant issue; | | | |
|---|---|---|---|---|---|
| 02/10/09 | Prepare letter to Jean Valentin and revise Valentin statement; | | MMT | | .6 |
| 02/11/09 | Review and respond from Barry A. Stein re: lengthy chain of e-mail re: Stein documents; | | MMT | | .9 |
| 02/11/09 | Prepare letter to client regarding review of videotapes; telephone conversation with client regarding videotapes, client's contact with FBI and Police Internal Review of arresting officer; | | MMT | | 1.5 |
| 02/13/09 | Review lengthy e-mail from Barry Stein's office regarding Velazquez documents; | | | mmg | .2 |
| 02/13/09 | Review e-mail from B.Stein's office regarding client documents; | | | mmg | .2 |
| 02/15/09 | Review lengthy e-mail from client re: witnesses; | | | mmg | .1 |
| 02/15/09 | Review lengthy e-mail from client re: records from Stein's office and witnesses; | | | mmg | .2 |
| 02/16/09 | Review e-mail from client re: witnesses; | | | mmg | .1 |
| 02/17/09 | Review e-mail from client regarding Stein documents and witnesses; | | MMT | | .4 |
| 02/17/09 | Review e-mail from Barry Stein's office re: documents; | | | mmg | .1 |
| 02/17/09 | Prepare letter to Barry A. Stein re: witness Jean Valentin, Second Amended Complaint and Counter-Claim, etc.; | | MMT | | 1.2 |
| 02/23/09 | Review voluminous documents received from Stein's office; | | MMT | | 11.5 |
| 02/23/09 | Organize and summarize documents received from Stein's office; | | | mmg | 8.5 |
| 02/25/09 | Telephone conversation with Witness Valentin re: internal affairs investigation; | | MMT | | .5 |
| 02/25/09 | Prepare letter to Barry Stein regarding Jean Valentin and issues of strategy and procedure; | | MMT | | 1.5 |
| 02/26/09 | Letter to attorneys Stein, Traitz and client re: Valentin deposition and case status; | | MMT | | .7 |

| Exhibit E: Bills for actions that Tobin should not have taken | | | | |
|---|---|---|---|---|
| 10/03/08 | Review Defendant's Agreed Motion to Extend Deadline to Respond to Count III of Amended Complaint; | RDT | | .4 |
| 10/13/08 | Review Defendant's Motion to Dismiss Count II of Amended Complaint and Motion to Strike Certain Prayers for Relief; | RDT | | .9 |
| 10/23/08 | Prepare Plaintiff's Response to Motion to Dismiss Count II of Amended Complaint and Motion to Strike Certain Prayers for Relief; | RDT | | 2.9 |
| 10/29/08 | Legal Research in preparation of Rico Statement; | RDT | | 2.1 |
| 10/30/08 | Prepare Rico Statement; | RDT | | 5.1 |
| 11/03/08 | Review Defendant's Response to Motion to Dismiss Count II of Amended Complaint and Motion to Strike Certain Prayers for Relief; | RDT | | .8 |
| 11/26/08 | Review Defendant's Motion to Dismiss Count III of Amended Complaint; | RDT | | .5 |
| 11/28/08 | Order Granting Defendants' Agreed Motion to Extend Deadline to Respond to Count III of the Amended Complaint; | RDT | | .2 |
| 12/10/08 | Legal Research in preparation of Motion to Dismiss Count II of Amended Complaint; | RDT | | 1.8 |
| 12/12/08 | Prepare Response to Defendant's Motion to Dismiss Count II of Amended Complaint; | RDT | | 4.1 |